22 A.3d 957

IN THE MATTER OF DOUGLAS JOSEPH DEL TUFO, AN
ATTORNEY AT LAW (ATTORNEY NO. 002281997).

June 20, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court
pursuant to *Rule* 1:20–15(k) a recommendation that **DOUGLAS
JOSEPH DEL TUFO** of **MINE HILL,** who was admitted to the
bar of this State in 1997, be suspended from the practice of law
and compelled to pay a monetary sanction to the Disciplinary
Oversight Committee for failure to comply with the determination
of the District X Fee Arbitration Committee in Docket No.X–
2010–0101F, and good cause appearing;

It is ORDERED that **DOUGLAS JOSEPH DEL TUFO** be
temporarily suspended from the practice of law, effective July 20,
2011, and until respondent complies with the award of the District
X Fee Arbitration Committee in Docket No. X–2010–0101F and
pays a sanction of $500 to the Disciplinary Oversight Committee;
provided, however, this Order shall be vacated automatically if
prior to the effective date of the suspension, the Disciplinary
Review Board reports to the Court that respondent has satisfied
all obligations under this Order; and it is further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days of the file
date of this Order a written request for the issuance of an Order
to Show Cause; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of his suspension and that he
comply with *Rule* 1:20–20.